ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206) 615-2748
Email: michael.j.mullen@ssa.gov

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA LILIA LOPEZ,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:26-cv-03470-KES-SAB<br>STIPULATION FOR REMAND; ORDER |

The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the ALJ shall: offer Plaintiff another administrative hearing; further develop the record, as needed; reevaluate the evidence, including the opinion of Diana Hylton, M.D.; and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff shall be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

Respectfully submitted,

DATED September 8, 2026

/s/ *Dolly M. Trompeter**
DOLLY M. TROMPETER
Attorney for Plaintiff
(*signature authorized via e-mail September 4, 2026)

DATED September 8, 2026

ERIC GRANT
Acting United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that this case is REMANDED for further administrative proceedings. On remand, the ALJ shall offer Plaintiff another administrative hearing; further develop the record, as needed; reevaluate the evidence, including the opinion of Diana Hylton, M.D.; and issue a new decision.

The Clerk of the Court is directed to enter judgment in favor of plaintiff Blanca Lilia Lopez and against defendant Commissioner of Social Security. The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: September 8, 2026

UNITED STATES DISTRICT JUDGE